FILED

03/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0144

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0144

DANIEL KNUDSEN, ROSE E. AYERS,
ERIC DENNISON, LANCE FRENCH,
ERIK FARNHAM and KAILA
JACOBSON as Class Representatives,

      Plaintiffs and Appellants,

    v.

THE UNIVERSITY OF MONTANA, a
unit of the Montana University System,

      Defendant and Appellee.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

CHRIS RAGAR the mediator previously appointed in this matter, has been replaced. Accordingly, Chris Ragar's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Robert K. Baldwin** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 28th day of March 2024.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Justin P. Stalpes, Nicole Lynn Siefert, John Lyman Amsden, Conner Cullen Bottomly, Sydney Elizabeth Best, Lucy T. France, Maxon R. Davis, Robert K. Baldwin